No. 10–9133. JOHNSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9134. PEREZ v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–9136. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9142. ROBINSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9146. ADKINS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–9151. MANNING v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9158. ROUZER v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9160. DUPREE v. LASTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–9172. RICE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9177. ROLLINS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–9180. VENKATARAM v. CITY OF NEW YORK, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–9187. ALSPAW v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–9218. MATHIS v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.